IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HATTIE MAE RUMPH,              )
                               )
     Plaintiff,                )
                               )
     v.                        )       CIVIL ACTION NO.
                               )       2:03cv167-MHT
BUCCANEER HOMES OF             )            (WO)
ALABAMA, etc., et al.,         )
                               )
     Defendants.               )
```

## JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 14), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice as to defendant Buccaneer Homes of Alabama, with the parties to bear their own costs.

It is further ORDERED, at the oral request of counsel for plaintiff, that defendant AAA Mobile Homes of Alabama, Inc., is dismissed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 27th day of July, 2006.**

                                     **/s/ Myron H. Thompson**
                               **UNITED STATES DISTRICT JUDGE**